

## U.S. District Court

### Texas Western - San Antonio

THIS IS A COPY

Receipt Date: Jun 24, 2022 11:34AM

POLLOCK COHEN LLP
60 BROAD ST., 24TH FL.
NEW YORK, NY 10004

Rcpt. No: 405                Trans. Date: Jun 24, 2022 11:34AM                Cashier ID: #DG

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CH | Check | #1162 | 06/21/2022 | | $402.00 |

|  |  |
|--|--|
| Total Due: | $402.00 |
| Total Tendered: | $402.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: SEALED CASE (QUI TAM COMPLAINT). 5:22-CV-569. UNITED STATES OF AMERICA, ex rel. JESUS NUNEZ-UNDA V. LAFAYETTE RE MANAGEMENT LLC, BRADYWINE HOMES USA LLC, AND THIBAULT ADRIEN.

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov