# POLLOCK | COHEN LLP

60 BROAD STREET, 24TH FLOOR
NEW YORK, NEW YORK 10004
(212) 337-5361

CONTACT:
Max Rodriguez
Max@PollockCohen.com
(646) 290-7509

June 22, 2022

**VIA FEDEX PRIORITY MAIL**

U.S. District Clerk's Office
262 West Nueva Street, Room 1-400
San Antonio, Texas 78207

SA22CA0659 FB

Re:   *United States of America, ex rel. Jesus Nunez-Unda v. Lafayette RE Management LLC, Brandywine Homes USA LLC, and Thibault Adrien* – *Qui Tam* **Complaint to be Filed Under Seal**

To Whom It May Concern:

I am counsel for relator Jesus Nunez-Unda in the above-referenced matter. Please find enclosed the *qui tam* complaint, to be filed in camera and under seal in the U.S. District Court for the Western District of Texas, San Antonio Office, as well as an attorney's check in the amount of $402.00 to be used for the filing fee.

Sincerely,

Max Rodriguez