TO REUSE: Mark through all previous shipping labels and barcodes.

ORIGIN ID:SXYA (212) 337-5361
POLLOCK COHEN LLP
POLLOCK COHEN
60 BROAD ST.
24TH FL.
NEW YORK CITY, NY 10004
UNITED STATES US

SHIP DATE: 22JUN22
ACTWGT: 2.00 LB
CAD: 112549005/INET4494

BILL SENDER

TO **U.S. DISTRICT CLERK'S OFFICE**

**262 WEST NUEVA STREET**
**ROOM 1-400**
**SAN ANTONIO TX 78207**
(210) 472-6550      REF:
INV:
PO:                 DEPT:

RECEIVED
JUN 23 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK



FedEx Express

SA22CA0659 FB

THU - 23 JUN 10:30A
PRIORITY OVERNIGHT

TRK# 7772 0356 0840
0201

XA SVZA

MJ-RBF
78207
TX-US  SAT

