# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* JESUS NUNEZ-UNDA, | § § § | |
| Plaintiff, | § § | 5:22-CV-659-FB |
| v. | § § § | |
| LAFAYETTE RE MANAGEMENT LLC, BRANDYWINE HOMES USA LLC, and THIBAULT ADRIEN, | § § § § | |
| Defendants. | § § | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 31 U.S.C. § 3730(b)(1), and subject to the terms and conditions of the Settlement Agreement attached hereto as Exhibit A, the United States and relator Jesus Nunez-Unda ("Relator") hereby stipulate to the dismissal of all claims in this action against defendants Lafayette RE Management LLC, Brandywine Homes USA LLC, and Thibault Adrien.

The United States and Relator further stipulate that such dismissal shall be (1) with prejudice to the United States as to the claims against defendants Lafayette RE Management LLC and Thibault Adrien set forth in Paragraph 3 of the Settlement Agreement; (2) without prejudice to the United States as to all other claims asserted in this action; and (3) with prejudice to Relator as to all claims asserted against all defendants.

The parties respectfully request that the Court retain jurisdiction to enforce the terms of the Settlement Agreement.

Dated: December 20, 2024                    Respectfully submitted,


JAIME ESPARZA
United States Attorney

 /s/ Samuel M. Shapiro                         /s/ Max E. Rodriguez
SAMUEL M. SHAPIRO                          Max E. Rodriguez
Assistant United States Attorney            New York Bar No. 5422811
Georgia Bar No. 717286                       LAW OFFICE OF MAX RODRIGUEZ PLLC
601 N.W. Loop 410, Suite 600                575 5th Avenue, 14th Floor
San Antonio, Texas 78216                     New York, New York 10017
Tel: (210) 384-7392                          (646) 741-5167
Fax: (210) 384-7322                          max@maxrodriguez.law
samuel.shapiro@usdoj.gov
                                             Adam Pollock
*Attorneys for the United States of America*   New York Bar No. 4518833
                                             POLLOCK COHEN LLP
                                             111 Broadway, Suite 1804
                                             New York, NY 10006
                                             (212) 337-5361
                                             Email: adam@pollockcohen.com

                                             *Attorneys for Relator Jesus Nunez-Unda*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

UNITED STATES OF AMERICA *ex rel.* §
JESUS NUNEZ-UNDA, §
§
    Plaintiff, §
§    5:22-CV-659-FB
    v. §
§
LAFAYETTE RE MANAGEMENT LLC, §
BRANDYWINE HOMES USA LLC, and §
THIBAULT ADRIEN, §
§
    Defendants. §

## [PROPOSED] ORDER

This matter came before the Court on the United States' and relator Jesus Nunez-Unda's Joint Stipulation of Dismissal of all claims against defendants Lafayette RE Management LLC, Brandywine Homes USA LLC, and Thibault Adrien. It is hereby ORDERED that all claims asserted in this action are dismissed as to all defendants. Such dismissal shall be (1) with prejudice to the United States as to the claims against defendants Lafayette RE Management LLC and Thibault Adrien set forth in Paragraph 3 of the Settlement Agreement; (2) without prejudice to the United States as to all other claims asserted in this action; and (3) with prejudice to Relator as to all claims asserted against all defendants.

The Court shall retain jurisdiction over the parties to enforce the terms of the Settlement Agreement among them.

SO ORDERED this _____ day of _____, 202__.


                          _____
                          THE HONORABLE FRED BIERY
                          UNITED STATES DISTRICT JUDGE